FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 26, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KARRIE H.,[1]<br><br>    Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 1:25-cv-03037-RHW<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND CLOSING FILE**<br><br>**ECF No. 17** |

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 17, requesting remand of the above-captioned matter to the Commissioner for additional administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g). Attorney Thomas Bothwell represents Plaintiff. Attorney L. Jamala Edwards represents Defendant.

After consideration, **IT IS HEREBY ORDERED** that:

1. The parties' Stipulated Motion for Remand, **ECF No. 17**, is **GRANTED**.

2. The above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned identifies them by only their first names and the initial of their last names. *See* LCivR 5.2(c).

ORDER - 1

The parties have stipulated to the following instructions.  On remand, the Appeals Council shall instruct the ALJ to:

- Reevaluate the objective and testimonial evidence;
- Reevaluate Plaintiff's severe impairments at step two;
- Reevaluate whether Plaintiff can perform a significant number of jobs which exist in the national economy at step four or five;
- Take any action necessary to further develop the record; and
- Issue a new decision.

ECF No. 17 at 1-2.

    3.    Judgment shall be entered for **PLAINTIFF**.

    4.    Plaintiff's Opening Brief, ECF No. 12, is **STRICKEN AS MOOT**.

    5.    Upon proper presentation, the Court will consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, **enter Judgment in favor of Plaintiff**, forward copies to counsel, and **CLOSE THE FILE**.

DATED January 26, 2026.

                      *s/Robert H. Whaley*
                  ROBERT H. WHALEY
             Senior United States District Judge